DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Espinoza, Karri A and
Espinoza, Michael J

Case No. 07-00343-FLK13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $2.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| Espinoza, Karri A and Espinoza, Michael J | 710 S 17th Ave Yakima , WA 98902 | $2.00 |

Dated: September 23, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4875092*        *10-1-10*        *$2.00*